FILED

JUL 2 6 2018

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. |
| ) | |
| FATIMA CIECIERSKA, ) | |
|    a/k/a   Fatyma Minikiewicz, ) | **4:18CR00629 AGF/DDN** |
|            Fatima Krawckyk, ) | |
|            Ewa Antoniewicz, ) | |
| ) | |
| and ) | |
| ) | |
| ADAM DYTLOW, ) | |
|    a/k/a   Adam Jedynak, ) | |
|            Robert Antoniewicz, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

## COUNT I

The Grand Jury charges that:

On or about, June 27, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**FATIMA CIECIERSKA,**
**a/k/a Fatyma Minikiewicz, Fatima Krawckyk, Ewa Antoniewicz,**

an alien, was found in the United States after having been removed and deported therefrom, that being on or about May 2, 2007 and December 12, 2007 at or near Chicago, Illinois, and not having obtained the express consent of the Secretary of Homeland Security to apply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a); and punishable under Title 8, United States Code, Section 1326(b).

## COUNT II

The Grand Jury further charges that:

On or about, June 27, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**FATIMA CIECIERSKA,**
**a/k/a Fatyma Minikiewicz, Fatima Krawckyk, Ewa Antoniewicz,**

the defendant, willfully and knowingly used and attempted to use a false, forged, and counterfeited, passport and instrument purporting to be a passport, that is, a Polish passport bearing number AL7191626 issued on or about March 23, 2010 in the name "Ewa Antoniewicw" in that the defendant presented said passport to a law enforcement officer with the Brentwood, Missouri Police Department.

In violation of, and punishable under, Title 18, United States Code, Section 1543 and 2.

## COUNT III

The Grand Jury further charges that:

On or about, June 27, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**FATIMA CIECIERSKA,**
**a/k/a Fatyma Minikiewicz, Fatima Krawckyk, Ewa Antoniewicz,**

the defendant, did knowingly utter, use, and possess a nonimmigrant visa as evidence of authorized stay in the United States, that is a Polish Visa card bearing control number 268802093028013, issued on September 20, 2010, with the name "Ewa Antoniewicw," which the defendant knew to be forged, counterfeited, altered, falsely made.

In violation of Title 18, United States Code, Section 1546(a) and 2.

## COUNT IV

The Grand Jury further charges that:

On or about, June 27, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**ADAM DYTLOW,**
**a/k/a Adam Jedynak, Robert Antoniewicz,**

an alien, was found in the United States after having been removed and deported therefrom that being: on or about February 25, 2009 at or near Chicago, Illinois, and not having obtained the express consent of the Secretary of Homeland Security to apply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a); and punishable under Title 8, United States Code, Section 1326(b).

## COUNT V

The Grand Jury further charges that:

On or about, June 27, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**ADAM DYTLOW,**
**a/k/a Adam Jedynak, Robert Antoniewicz,**

the defendant, willfully and knowingly used and attempted to use a false, forged, and counterfeited, passport and instrument purporting to be a passport, that is, a Polish passport bearing number AB5780576 issued on November 23, 2011 in the name "Robert Antoniewicz," in that the defendant presented said passport to a law enforcement officer with the Brentwood, Missouri Police Department.

In violation of, and punishable under, Title 18, United States Code, Section 1543 and 2.

## COUNT VI

The Grand Jury further charges that:

On or about, June 27, 2018, in St. Louis County, within the Eastern District of Missouri, the defendant,

**ADAM DYTLOW,**
a/k/a **Adam Jedynak, Robert Antoniewicz**

the defendant, did knowingly utter, use, and possess a nonimmigrant visa as evidence of authorized stay in the United States, that is a Polish Visa bearing control number 211802056028097 issued on January 23, 2012, in the name "Robert Antoniewicz" which the defendant knew to be forged, counterfeited, altered, falsely made.

In violation of Title 18, United States Code, Section 1546(a) and 2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
MATTHEW T. DRAKE – 46499MO
Assistant United States Attorney